IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CONNIE FOSTER,

    Plaintiff,

VS.                        NO. 04-2650-Ma/V

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER OF REFERENCE

Before the court is plaintiff's May 27, 2005 Application for Attorneys Fees pursuant to the Equal Access to Justice Act ("EAJA").

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 1st day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02650 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT