IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CONNIE L. FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2650 MaV |
| | ) | |
| JO ANNE B. BARNHART, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING AWARD OF ATTORNEY FEES AND EXPENSES

The plaintiff, Connie L. Foster has moved for an award of attorney fees as a prevailing party under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, to cover the cost of pursuing judicial review of a decision by the Commissioner of the Social Security Administration denying her claim for Social Security disability benefits. Foster seeks fees in the amount of $4938.53. The defendant has not filed a response to the motion, and the time for responding has expired. The motion has been referred to the United States Magistrate Judge for a determination.

It appears to the court that Foster satisfies the criteria for an award of fees under the EAJA, that the hourly rates used to calculate the fees are appropriate under the EAJA, and the expenses incurred were reasonable and necessary. Accordingly, Foster is

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-28-05



awarded fees in the amount of $4,938.53. The Commissioner is directed to certify the amount for payment.

IT IS SO ORDERED this 27th day of June, 2005.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02650 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT